| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>    OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey  07068<br>(973) 994-1700 | Jonathan Stein<br>Adam Warden<br>SAXENA WHITE P.A.<br>5200 Town Center Circle, Suite 601<br>Boca Raton, Florida 33486<br>(561) 206-6714 |

Jay W. Eisenhofer
Jeff A. Almeida
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, Delaware  19801
(302) 622-7000

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF BIRMINGHAM FIREMEN'S AND POLICEMEN'S SUPPLEMENTAL PENSION SYSTEM on Behalf of Itself and all Other Similarly Situated Shareholders of Chiquita Brands International, Inc.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHIQUITA BRANDS INTERNATIONAL, *et al.*<br><br>                    Defendants. | Civil Action No.:14-6200(NLH)(AMD)<br><br><br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff gives notice of voluntary dismissal, without prejudice, of the claims of its Complaint.

CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
Attorneys for Plaintiff


By:    /s/James E. Cecchi
         JAMES E. CECCHI

Dated:  November 17, 2014